Patience Milrod #77466
Law Office of Patience Milrod
844 North Van Ness Avenue
Fresno, Calif. 93728
Phone #559 442-3111
Fax: 559 442-3164

Linda S. Richardson #182200
Central California Legal Services
1999 Tuolumne Street, Suite 700
Fresno, Calif. 93721
Phone: 559 570-1227
Fax: 559 570-1245

Attorneys For Defendant, Der Thao Vang

FILED

2005 MAY 23  A 8: 24

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY._____
           DEPUTY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIA FUE XIONG<br>　　　Plaintiff<br><br>vrs.<br><br>DER THAO VANG, et al.<br>　　　Defendants<br>_____<br>DER THAO VANG,<br>　　　Counterclaimant<br><br>vrs.<br><br>CHIA FUE XIONG, COUNTY OF<br>FRESNO, AND DOES 1 - 10<br>　　　Counterdefendants | CASE NO. CIV F-03-6358- AWI DLB<br><br><br><br>P~~ROPOSED~~ SETTLEMENT<br>AGREEMENT AND ORDER THEREON |

**I. PARTIES AND RECITALS**

This Stipulated Settlement Agreement (hereafter referred to as "the Agreement") is entered into by Plaintiff, CHIA FUE XIONG, and Defendants, DER THAO VANG, COUNTY OF FRESNO, FRESNO COUNTY SHERIFF'S OFFICE, KATHY CARRIERO, CONNIE MOORE, SHER MOUA and SERGEANT JAY STUART (hereafter referred to as

"the parties".)

THIS AGREEMENT is made in consideration of the mutual promises and releases set forth herein.

WHEREAS, the parties desire to fully and finally settle all legal claims set forth in the pleadings of the above captioned case and to avoid further protracted and costly litigation, the parties enter into the following agreement:

## II. SETTLEMENT TERMS

1. Plaintiff agrees to dismiss the First Amended Complaint filed January 9, 2004 against all Defendants with prejudice.

2. Defendant and Counterclaimant, Der Thao Vang agrees to dismiss the counterclaim filed on October 8, 2004 against all parties named in said counterclaim with prejudice.

3. County of Fresno agrees to dismiss all requests for sanctions sought against Plaintiff, CHIA FUE XIONG, and to waive recovery of its costs.

4. Plaintiff, CHIA FUE XIONG and Defendant, DER THAO VANG agree to refer the disputed issues raised in their pleadings to mediation or other dispute resolution within the Hmong community. The parties agree to be bound by the decision of the Hmong community.

5. The parties agree that each party shall bear their own attorney fees and costs associated with the above captioned court case and any that may become due under the mediation process.

## II. NO ADMISSION OF LIABILITY

This Agreement and compliance with this Agreement shall not be construed as an admission by any party of any liability or any violations of rights by law, statute duty, or contract and any such claimed liability is specifically disclaimed by all parties whose signature appears on this Agreement.

## III. BINDING EFFECT

This Agreement shall be binding upon the parties and upon their heirs, administrators,

-2-   SETTLEMENT AGREEMENT AND ORDER THEREON

representatives, executors, successors, and assigns.

## IV. EFFECTIVE DATE

_____This Agreement shall be effective the date it is signed subject to approval by the court unless a later date is provided for in the court's order.

Dated: April 26, 2005

/s/
Jim Holland, Attorney for Plaintiff
Chia Fue Xiong

Dated: May 12, 2005

/s/
Plaintiff, Chia Fue Xiong

Dated: April 28, 2005

/s/
Patience Milrod, Attorney for Der Thao Vang

Dated: May 10, 2005

/s/
Defendant and Counterclaimant
Der Thao Vang

Dated: April 27, 2005

/s/
James Arendt, Attorney for County of Fresno on behalf of defendants, County Of Fresno, Fresno County Sheriff's Office, Kathy Carriero, Connie Moore, Sher Moua, and Sergeant Jay Stuart

**TRANSLATOR'S CERTIFICATION:**

I certify by signing below that I have translated this document from English into the Hmong language for the individuals whose name appears below prior to their signatures being affixed hereto.

1)   Plaintiff, Chia Fue Xiong   _____
                                        Translator

2)   Defendant: Der Thao Vang    /s/_____
                                        Translator

## ORDER

The Court, having reviewed and considered the parties Proposed Settlement Agreement and having determined good cause therefore;

IT IS HEREBY ORDERED that the terms recited in the Settlement Agreement are adopted as the ORDER of the court and the court orders Case No. Civ F-03-6358 dismissed. with prejudice forewith.

Dated: 5-20-05

_____
UNITED STATES DISTRICT JUDGE